IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BARBARA BOYD BEATTY; (2) RICHARD S. BEATTY, as Trustee of the Barbara Boyd Beatty Trust; and (3) DOWNING INVESTMENTS, LLC, a Louisiana Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) JRMB II INC., an Oklahoma Corporation; (2) THE FORT SILL NATIONAL BANK, a National Banking Association; (3) THE CITY NATIONAL BANK AND TRUST COMPANY OF LAWTON, OKLAHOMA, a National Banking Association; (4) ZELDA M. DAVIS; (5) JOHN R. DAVIS; (6) ROMA LEE PORTER; (7) GEORGE L. PORTER; and (8) TRESEA M. MOSES,<br><br>    Defendants. | Case No. CIV-12-1021-M |

## STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiffs, Barbara Boyd Beatty, Richard S. Beatty, as Trustee of the Barbara Boyd Beatty Trust, and Downing Investments, LLC, and Defendants, J.R. Montgomery Bancorporation, JRMB II, Inc., Data Processing Incorporated, Telephone Services, Inc., The Fort Sill National Bank, City National Bank and Trust Company of Lawton, Oklahoma, Zelda M. Davis, John R. Davis, Roma Lee Porter, George L. Porter, and Tresea M. Moses, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to the dismissal with prejudice of this action by reason of a settlement reached by the parties. The parties agree that each party shall bear its own costs and fees.

Respectfully submitted,

s/John N. Hermes (submitted by filing counsel with permission)
John N. Hermes, OBA #4133
Spencer F. Smith, OBA #20430
McAfee & Taft, A Professional Corporation
10th Floor, Two Leadership Sq.
211 N. Robinson Ave.
Oklahoma City, OK  73102-7103
405/235-9621
405235-0439 (FAX)
John.hermes@mcafeetaft.com
Spencer.smith@mcafeetaft.com

George D. Sherrill, Jr., OBA #8174
15 N. 9th Street
P.O. Box 1427
Duncan, Oklahoma  73134
580/255-4840
580/255-4842 (FAX)
gsherrill@cableone.net

ATTORNEYS FOR PLAINTIFFS


/s Scott Meacham
Scott Meacham, OBA #13216
John M. Thompson, OBA #17532
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 272-5269 (Facsimile)
Scott.meacham@crowedunlevy.com
John.thompson@crowedunlevy.com

ATTORNEYS FOR DEFENDANTS